## RECONSIDERATION DOCKET

**96–2620. Grace v. Koch.**
Hamilton App. No. C–950802. Reported at 81 Ohio St.3d 577, 692 N.E.2d 1009. On motion for reconsideration. Motion denied.
Cook, J., dissents.

**97–19. State v. Sallie.**
Lucas App. No. L–95–263. Reported at 81 Ohio St.3d 673, 693 N.E.2d 267. On motion for reconsideration. Motion denied.
Resnick, J., not participating.

**97–268. State v. Mitts.**
Cuyahoga App. No. 68612. Reported at 81 Ohio St.3d 223, 690 N.E.2d 522. On motion for reconsideration. Motion denied.

**97–376. State v. Bird.**
Franklin App. No. 96APA04–505. Reported at 81 Ohio St.3d 582, 692 N.E.2d 1013. On motion for reconsideration. Motion denied.
Pfeifer, J., dissents.

**97–2562. State v. Ackison.**
Fairfield App. No. 96CA0064. Reported at 81 Ohio St.3d 1520, 692 N.E.2d 1023. On motion for reconsideration. Motion denied.
Douglas and F.E. Sweeney, JJ., dissent.
Lundberg Stratton, J., not participating.

**97–2609. Breidenbach v. Conrad.**
Seneca App. No. 13–97–6. Reported at 81 Ohio St.3d 1261, 692 N.E.2d 1020. On motion for reconsideration. Motion denied.
Douglas, Resnick and F.E. Sweeney, JJ., dissent.

**98–470. Mustric v. Williams.**
Franklin App. Nos. 97APE09–1174, 97APE09–1175, 97APE09–1176 and 97APE10–1309. Reported at 81 Ohio St.3d 1522, 692 N.E.2d 1024. On motion for reconsideration. Motion denied.